**Order filed May 22, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00952-CR**

_____

**WILLIAM RAY PARKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 12CR2532**

## ORDER

Appellant is represented by appointed counsel, Tad Nelson. Appellant's brief was originally due February 20, 2014. We granted a total extension of time of 90 days to file appellant's brief until May 21, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On May 16, 2014, counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any

exceptional circumstances in the request. Accordingly, by order issued this date, we denied the motion and ordered appellant's counsel to file a brief on or before June 23, 2014.

Appellant filed his brief late in the afternoon on May 21, 2014, but it was not processed until May 22, 2014. Accordingly, we **WITHDRAW** our order issued today for appellant's counsel to file a brief.

PER CURIAM